UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETHANY LIOU, et al.,<br>Plaintiff,<br>v.<br>STONECREST FINANCIAL INC, et al.,<br>Defendants. | Case No. 1:25-cv-1706-KES-FJS<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>Doc. 15 |

Plaintiffs Bethany Liou and Grande Oak LLC (collectively "Plaintiffs") brought this action against Defendants Stonecrest Financial Inc., PLM Loan Processing Center, INTC., Jon O. Freeman, Ashu Rege, and Shafig Taymuree (collectively "Defendants") on December 2, 2025. (*See* Doc. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 26, 2026, the assigned magistrate judge issued findings and recommendations that recommended dismissing this case due to Plaintiffs' failure to prosecute, failure to comply with a court order, and failure to provide counsel for corporate entities. (Doc. 15.) The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service. Plaintiffs have not filed an opposition to the findings and recommendations and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

The Court ORDERS:

1. The findings and recommendations filed on May 27, 2026 (Doc. 15) be **ADOPTED IN FULL**; and
2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 22, 2026

UNITED STATES DISTRICT JUDGE